IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHAWNTAY ORTIZ,
individually and on behalf of L.J.,
her minor son, and as the
Personal Representative of Martin Jim,

        No. 1:18-cv-00713-JCH-KRS

    Plaintiffs,

v.

JOSHUA MORA, in his individual capacity,
BOARD OF COUNTY COMMISSIONERS
OF BERNALILLO COUNTY, and BERNALILLO
COUNTY SHERIFF MANUEL GONZALES, III,

    Defendants.

### ORDER ADOPTING REPORT AND RECOMMENDATION AND APPROVING SETTLEMENT

Before the Court is the parties' joint motion to approve the settlement reached in this case and United States Magistrate Judge Kevin Sweazea's proposed findings and recommending the Court approve that settlement ("PFRD"). (Doc. 59; 66). Since the filing of Judge Sweazea's PFRD, no objections have been filed, and the time for filing such objections has passed.

The Court incorporates by reference the relevant facts about Plaintiffs, the claims, and the procedural history leading up to this settlement agreement from Judge Sweazea's PFRD. Further, the Court has reviewed Judge Sweazea's discussion concerning the proposed distribution of settlement proceeds as well as his review of the report of the guardian ad litem appointed for L.J., a minor child. In that discussion, Judge Sweazea devotes particular care to discussing and assessing the *Jones* factors that govern the Court's oversight of the parties' settlement. The Court concurs with and hereby adopts Judge Sweazea's finding that the proposed division of the settlement satisfies each of the *Jones* factors, so that the settlement is fair, reasonable, and in the best interest of minor Plaintiff, L.J. as well as the other parties.

IT IS THEREFORE ORDERED that:

1. The PFRD (Doc. 66) is adopted in full as an order of the Court;

2. The joint motion to approved settlement (Doc. 59) is GRANTED and the settlement is APPROVED.

3. The guardian *ad litem* has fulfilled her role and is discharged from further service with the thanks of the Court.

                                                _____
                                                UNITED STATES DISTRICT JUDGE